Esther O. Burns, as Administratrix, etc., of Benjamin R. Burns, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

William J. Lieber, Respondent, v. International Railway Company and Crosstown Street Railway Company of Buffalo, Appellants.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground that the verdict is excessive and that errors were committed in the reception of evidence; Spring, J., not sitting.

Charles S. Averill, Plaintiff, v. Frank M. Andrews, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

The People of the State of New York, Respondent, v. Vernon Earing, Appellant. — Judgment affirmed on opinion of Ross, County Judge. (Reported in 71 Misc. Rep. 615.) All concurred, except Kruse and Robson, JJ., who dissented.

Herbert H. Putnam, Appellant, v. Mary K. Putnam and Others, Respondents, Impleaded with Fred N. Putnam and Others, Appellants.— Judgment affirmed, with costs. All concurred.

Arthur L. Drysdale, an Infant, by Laney Drysdale, His Guardian ad Litem, Appellant, v. New York State Railways, Respondent.— Order affirmed, with costs. All concurred.

In the Matter of George F. Paddock, an Alleged Incompetent Person, Appellant. Olive A. Paddock, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Robson, J., who dissented; Williams, J., not sitting.

Jason Abbey, Respondent, v. Peter B. Colgan, Appellant.— Judgment and order affirmed, with costs. All concurred.

John O'Leary, Respondent, v. Village of Clayton, Appellant.— Judgment and order affirmed, with costs. All concurred.

John G. Elbs, Appellant, v. Rochester Egg Carrier Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. Held, that it does not appear that the court at Special Term improperly exercised its discretion in denying plaintiff's application for a preliminary injunction. All concurred.

John A. Donaldson, as Trustee of the White Dairy, Bankrupt, Appellant, v. Charles F. Filbrick and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Sanitary Carpet Cleaner, Respondent, v. Reed Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Bernard A. Schweid and Harry A. Schweid, Respondents, v. Christina Oothout, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.